IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INGRID FOSTER

     v.                                  C.A. NO. 12-6503

WELLS FARGO BANK

## ORDER

AND NOW, this 16th day of October, 2013 upon consideration of defendant's motion to dismiss and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. # 14] is GRANTED.

It is further ORDERED that the Amended Complaint is DISMISSED WITH PREJUDICE.

It is further ORDERED that the Clerk is DIRECTED to mark this case closed for statistical purposes.

BY THE COURT:


S/JEFFREY L. SCHMEHL, JR.
JEFFREY L. SCHMEHL, J.